# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591 – 3300 | 08/23/2022 |

| ☒ Judicial District   G.A. ☐ Number: | At *(City/Town)* Waterbury | Case type code *(See list on page 2)* |
|---|---|---|
| ☐ Housing Session | | Major: **C**   Minor: **20** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| O'Sullivan McCormack Jensen & Bliss, P.C. 180 Glastonbury Blvd., Ste. 210, Glastonbury, CT 06033 | 407344 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 258 – 1993 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* mmccormack@omjblaw.com |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: Theraplant, LLC<br>Address: 856 Echo Lake Road, Watertown, CT 06795 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: National Fire & Marine Insurance Company    c/o Agent: Andrew Mais, CT Insurance Commissioner<br>Address: 1314 Douglas Street, Ste. 1400, Omaha, NE 68102    153 Market Street, Hartford, CT 06103 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date<br>08/01/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Michael T. McCormack |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do *not* use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | |
|---|---|
| **RETURN DATE: AUGUST 23, 2022** | : SUPERIOR COURT |
| | : |
| **THERAPLANT, LLC** | : JUDICIAL DISTRICT OF |
| | : |
| | : WATERBURY |
| **V.** | : |
| | : |
| **NATIONAL FIRE & MARINE** | : |
| **INSURANCE COMPANY** | : AUGUST 1, 2022 |

## COMPLAINT

### The Parties

1.  The Plaintiff Theraplant, LLC ("Theraplant") is a Connecticut limited liability company operating a business at 856 Echo Lake Road, Watertown, Connecticut 06795 ("Covered Property").

2.  Theraplant grows, cultivates, processes, sells, and distributes cannabis products at the Covered Property.

3.  Theraplant's operations at the Covered Property are regulated, authorized, and licensed by the State of Connecticut.

4.  The Defendant National Fire & Marine Insurance Company is a Nebraska insurance company with its principal place of business located at 1314 Douglas Street, Suite 1400, Omaha, Nebraska 68102 ("National Indemnity"). National Indemnity is licensed by the State of Connecticut Insurance Department to write certain insurance policies, including a Commercial Lines Policy with commercial property coverage issued to Theraplant.

**The Policy**

5.	National Indemnity issued to Theraplant a Commercial Lines Policy which included Commercial Property Coverage, Policy No. 12PRM025511-04, with effective dates of February 11, 2019 to February 11, 2020 (the "Policy").

6.	At all times material hereto, all premiums due under the Policy were paid and the Policy was in full force and effect.

7.	The Policy provides, *inter alia*, coverage for direct physical loss of or damage to the Covered Property and loss of Business Income due to the necessary suspension of operations during a period of restoration.

**Covered Losses**

8.	Under the Policy, National Indemnity is obligated to pay for business interruption ("Business Income") losses sustained by Theraplant due to the necessary suspension of operations caused by direct physical loss of or physical damage to the Covered Property as a result of a covered cause of loss.

9.	Fire is a covered cause of loss under the Policy.

10.	"Business Income" means net income (net profit or loss before income taxes) that would have been earned, continuing normal operating expenses, and payroll.

11.	"Suspension" means the slowdown or cessation of business activities. "Operations" means business activities occurring at the Covered Property. The "period of restoration" means the period of time that begins 72 hours after the time of direct physical loss or damage and ends on the earlier of: (a) the date the property should be repaired, rebuilt or replaced

with reasonable speed and similar quality; or (b) the date when business is resumed at a new permanent location.

12. In each period of 30 consecutive days after the period of restoration commences, the Policy provides coverage for loss of Business Income up to the Limit of Insurance multiplied by the Monthly Limit of Indemnity fraction.

**The Fire and Suspension of Operations**

13. On February 8, 2020, a lamp installed in a lighting fixture located in Flowering Room 2 exploded, failed, and disintegrated and caused a fire at the Covered Property.

14. Flowering Room 2 is part of the Covered Property.

15. The fire caused damage to Covered Property within Flowering Room 2 including, without limitation, grow lamps, horticultural tables, irrigation and fertilizing equipment, and ventilation equipment. Soot from the fire covered every surface in the room. Operations in Flowering Room 2 were required to be suspended until affected Covered Property was repaired or replaced, and the room was deep cleaned to the level required to satisfy strict requirements for producing goods for human consumption.

16. The fire is a covered loss under the Policy and National Indemnity accepted coverage for and paid for certain physical losses and damage to the Covered Property caused by the fire that occurred on February 8, 2020.

17. As a result of the fire, Theraplant was unable to use Flowering Room 2 for its normal business operations for seventy-one (71) days from February 8, 2020 through and including April 18, 2020.

18. Theraplant suffered a loss of income, profits, and business as a result of the fire and the inability to use Flowering Room 2 for its business operations, which constitutes a loss of Business Income under the Policy.

**Claim and Denial**

19. Theraplant submitted timely notice of the February 8, 2020 fire and resulting property damage and business income loss to National Indemnity.

20. On March 3, 2020, National Indemnity acknowledged Theraplant's notice of loss and the February 8, 2020 fire.

21. National Indemnity acknowledged Theraplant's claim for damage to Theraplant's Building and Business Personal Property. National Indemnity also acknowledged that Theraplant would have a claim for Business Income loss associated with the fire. Nonetheless, National Indemnity stated that "some of the claimed damages may not be within the coverage afforded by the Policy."

22. National Indemnity requested that Theraplant provide National Indemnity with certain information and documentation regarding Theraplant's Business Income claim.

23. Theraplant provided the requested information and documentation to National Indemnity.

24. On July 15, 2022, National Indemnity issued a letter to Theraplant in which it denied coverage for the Business Income loss.

**COUNT ONE–Declaratory Judgment**

1.-24. Paragraphs 1 through 24 of this Complaint are incorporated by reference and reallaged as paragraphs 1 through 24 of Count One if fully alleged herein.

25. The Declaratory Judgment Act, Connecticut General Statutes § 52-59, allows this Court to declare the rights and other legal relations of the parties to this dispute.

26. An actual controversy has arisen and now exists between Theraplant and National Indemnity concerning the respective rights and duties of the parties under the Policy. Theraplant requested coverage for Business Income losses caused by the fire that occurred at the Covered Property on February 8, 2020. National Indemnity has denied coverage for Theraplant's Business Income loss.

27. Theraplant therefore seeks a declaration of the parties' respective rights and duties under the Policy and requests the Court declare that Theraplant has suffered Business Income losses caused by the fire that occurred at the Covered Property on February 8, 2020 that are within the Business Income coverage afforded by the Policy.

**COUNT TWO – Breach of Contract**

1.-24. Paragraphs 1 through 24 of this Complaint are incorporated by reference and realleged as paragraphs 1 through 24 of Count Two as if fully alleged herein.

25. Theraplant purchased a Commercial Lines Policy from National Indemnity, under which National Indemnity agreed to pay for Business Income losses sustained by Theraplant due to the necessary suspension of operations caused by direct physical loss of or physical damage to the Covered Property as a result of a covered cause of loss.

26. The Policy is a valid and enforceable contract between the National Indemnity and Theraplant.

27. Theraplant performed its obligations under the terms of the Policy including giving National Indemnity timely notice of Theraplant's claim. Alternatively, National

Indemnity has waived any terms or conditions of coverage and may not assert any term or condition in the Policy as a defense to liability.

28. Theraplant has sustained a loss of income, profits and business which qualify as a covered loss under the Business Income coverage in the Policy arising from the suspension of Theraplant's operations due to the February 8, 2020 fire.

29. National Indemnity has denied and not paid Theraplant's claim for Business Income losses related to the suspension of Theraplant's operations due to the February 8, 2020 fire, in breach of the Policy.

30. As a direct and proximate result of National Indemnity's breach, Theraplant has sustained damages in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff requests relief and judgment against Defendant as follows:

a. For a judgment against Defendant for the causes of action alleged against it;

b. For compensatory damages in an amount to be proven at trial;

c. For a declaration that Theraplant has suffered Business Income losses caused by the fire that occurred at the Covered Property on February 8, 2020 that are within the Business Income coverage afforded by the Policy;

d. For pre-judgment and post-judgment interest at the maximum rate permitted by law; and

e. For such other relief in law or equity as the Court deems just and proper.

**PLAINTIFF,
THERAPLANT, LLC**

By *[signature]*

Michael T. McCormack
Amy E. Markim
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone (860) 258-1993
Fax (860) 258-1991
mmccormack@omjblaw.com
amarkim@omjblaw.com
Juris # 407344
Its Attorneys

7

| | |
|---|---|
| **RETURN DATE: AUGUST 23, 2022** | : SUPERIOR COURT |
| | : |
| **THERAPLANT, LLC** | : JUDICIAL DISTRICT OF |
| | : |
| | : WATERBURY |
| **V.** | : |
| | : |
| **NATIONAL FIRE & MARINE** | : |
| **INSURANCE COMPANY** | : AUGUST 1, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is in excess of $15,000.00, exclusive of interest and costs in addition to the demand for non-monetary relief.

PLAINTIFF,
THERAPLANT, LLC

By _____
Michael T. McCormack
Amy E. Markim
O'Sullivan McCormack Jensen & Bliss PC
180 Glastonbury Boulevard, Suite 210
Glastonbury, CT 06033
Phone (860) 258-1993
Fax (860) 258-1991
mmccormack@omjblaw.com
amarkim@omjblaw.com
Juris # 407344
Its Attorneys

8

STATE OF CONNECTICUT:
          : SS: HARTFORD      AUGUST 1, 2022
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left two (2) verified, true and attested copies of the within original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF and STATEMENT OF AMOUNT IN DEMAND at the office of Andrew N. Mais, CT Insurance Commissioner, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **NATIONAL FIRE & MARINE INSURANCE COMPANY** and paid statutory fees in the amount of $50.00, at 153 Market Street, in the City of Hartford, County of Hartford.

And afterward, on the 1st day of August, 2022, a verified, true and attested copy of the within original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF and STATEMENT OF AMOUNT IN DEMAND was deposited in the U.S. Mail, Rocky Hill, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**NATIONAL FIRE & MARINE INSURANCE COMPANY**
1314 DOUGLAS STREET, STE. 1400
OMAHA, NE 68102

The within are the original WRIT, SUMMONS, COMPLAINT, PRAYER FOR RELIEF and STATEMENT OF AMOUNT IN DEMAND with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE: | $ 40.00 | ATTEST: |
| PD INS COMM | 50.00 | |
| PD POSTAGE | 9.30 | |
| PAGES | 30.00 | |
| 16 MILES | 10.00 | |
| ENDORSEMENTS | 4.00 | TIMOTHY J. BENNETT |
| TOTAL: | $143.30 | CONNECTICUT STATE MARSHAL |
| | | HARTFORD COUNTY |

STATE OF CONNECTICUT :
                             : SS: WETHERSFIELD            AUGUST 10, 2022
COUNTY OF HARTFORD :

RE: THERAPLANT, LLC
VS: NATIONAL FIRE & MARINE INSURANCE COMPANY

### SUPPLEMENTAL RETURN

I received the enclosed certified return receipt from the U.S. Post Office addressed to the within named Defendant:

                   NATIONAL FIRE & MARINE INSURANCE COMPANY

Delivered on August 5, 2022.

                                                        ATTEST:

                                                     TIMOTHY J. BENNETT
                                                     CONNECTICUT STATE MARSHAL
                                                     HARTFORD COUNTY


UNITED STATES
POSTAL SERVICE

August 5, 2022

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8368 9784 6615 1712 93**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 5, 2022, 7:44 am |
| **Location:** | OMAHA, NE 68102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | National Fire  Marine Insurance Company |

### Recipient Signature

Signature of Recipient: *Kimberly White* (Kimberly White)

Address of Recipient: [illegible handwritten address]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

National Fire & Marine Insurance Company
1314 Douglas Street, Ste. 1400
Omaha, NE 68102
Reference #: Theraplant LLC vs National Fire & Marine Insurance Company - O'Sullivan