UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERAPLANT, LLC ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> NATIONAL FIRE & MARINE INSURANCE ) <br> COMPANY ) <br> ) <br> *Defendant.* ) <br> ) | C.A. No. 3:22-CV-01095-OAW <br><br><br><br><br><br><br><br><br><br> MAY 18, 2023 |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff Theraplant, LLC ("Theraplant") and Defendant National Fire & Marine Insurance Company ("National Fire")(collectively, the "Parties") hereby respectfully submit this joint motion to extend the deadlines established by the Court's General Scheduling Order dated November 14, 2022 [ECF No. 24] on the grounds that additional time is needed for the parties to complete discovery and that good causes exists for modifying the General Scheduling Order.

At present, the following operative deadlines apply:

**August 31, 2023:**   Fact discovery deadline with the following interim dates:

**April 28, 2023:**   Fact witness depositions to be completed.

**May 31, 2023:**   Disclosure of expert witnesses and reports pursuant to Fed.R.Civ.P. 26 for any issue on which a party bears the burden of proof.

**June 30, 2023:**   Expert witnesses on issues for which a party bears the burden of proof to be deposed.

**July 31, 2023:**   Disclosure of expert witnesses and reports pursuant to Fed.R.Civ.P. 26 for any issue on which a party does not bear the burden of proof.

**August 31, 2023:**   Expert witnesses on issues for which a party does not bear the burden of proof to be deposed.

**September 29, 2023:**   Motions for summary judgment to be filed.

**October 13, 2023:**   Joint Trial Memorandum to be filed if no motions for summary judgment filed.

**October 13, 2023:**   Case deemed trial ready.

At this time, the parties have cooperated in the exchange of written discovery, including the initial disclosures required by Fed. R. Civ. P. 26(a)(1), responses to interrogatories and requests for production of document, and responses to certain requests for admission of fact.  The parties have produced documents in response to the various production requests and the Plaintiff has issued subpoenas for the production of documents to certain non-parties and obtained documents from a nonparty which have been exchanged with counsel for National Fire.  Plaintiff was unable to effect service of the subpoenas on certain non-parties due to address location changes.

Despite the diligence of both Parties, it is anticipated that additional time will be needed in order to complete discovery, including resolving objections to certain written discovery requests, providing supplemental responses to discovery and the document requests, and fact witness depositions.  Plaintiff also intends on issuing subpoenas to additional non-parties for the production of documents in June based on information only recently obtained from documents obtained in response to a third-party subpoena.  Depositions of certain witnesses from the companies on whom document subpoenas were served may be necessary following receipt of additional documents.

This is the first request for an extension by the Parties.  This matter has not yet been assigned for trial, and the extension of the deadlines will not prejudice either party.  With an extension, the proposed schedule is as follows:

| | |
|---|---|
| **Fact discovery deadline**: | August 31, 2023 |
| **Expert disclosure deadline for parties bearing the burden of proof**: | September 30, 2023 |
| **Deadline to depose experts of parties bearing the burden of proof**: | October 31, 2023 |
| **Expert disclosure deadline for parties without the burden of proof**: | December 8, 2023 |
| **Deadline to depose experts of parties without the burden of proof**: | January 12, 2024 |
| **Deadline to file motions for summary judgment**: | February 2, 2024 |
| **Joint Trial Memorandum deadline (absent summary judgment)**: | February 16, 2024 |

WHEREFORE, for these reasons, the Parties respectfully request that this Court extend the operative deadlines as above.

| | |
|---|---|
| THERAPLANT, LLC | NATIONAL FIRE & MARINE INSURANCE COMPANY |
| By its Attorneys, | By its Attorneys, |
|   /s/Michael T. McCormack   |   /s/Peter Meggers   |
| Michael T. McCormack (CT13799) | Gregory P. Varga (CT24103) |
| Amy E. Markim (CT27974) | Peter Meggers (CT29221) |
| O'Sullivan McCormack Jensen & Bliss PC | Robinson & Cole LLP |
| 180 Glastonbury Boulevard, Suite 210 | 280 Trumbull Street |
| Glastonbury, CT 06033 | Hartford, CT 06103-3597 |
| Phone: (860) 258-1993 | Phone: (860) 275-8200 |
| Facsimile: (860) 258-1993 | Facsimile: (860) 275-8299 |
| mmcormack@omjblaw.com | gvarga@rc.com |
| amarkim@ombjblaw.com | pmeggers@rc.com |
| | |
| | Matthew S. Ponzi (admitted Pro Hac Vice) |
| | Brian E. Devilling (admitted Pro Hac Vice) |
| | Foran Glennon Palandech Ponzi & Rudloff PC |
| | 222 North LaSalle St. |
| | 14th Floor |
| | Chicago, IL 60601 |
| | Phone: (312) 863-5000 |
| | Facsimile (312) 863.5099 |
| | mponzi@fgppr.com |
| | bdevilling@fgppr.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    By   */s/Michael T. McCormack*
                                    Michael T. McCormack (ct13799)