UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERAPLANT, LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:22-cv-01095 (VDO) |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | : |
| Defendant. | : |

## JUDGMENT

This action having come before the Court for consideration of the Plaintiff's motion for summary judgment and the Defendant's motion for summary judgment before the Honorable Vernon D. Oliver, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having denied the Plaintiff's motion and granted the Defendant's motion on January 18, 2025, it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendant.

Dated at Hartford, Connecticut, this 21st day of January, 2025.

DINAH MILTON KINNEY, Clerk
By: /s/ Jessalyn Samson
Jessalyn Samson
Deputy Clerk

EOD: 1/21/2025